UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY LEON STREET,

    Plaintiff,                      Case No. 14-11195
                                        HON. GEORGE CARAM STEEH

vs.

DUANE K. BRYANT,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case was filed by federal prisoner Timothy Street concerning an attorney fee in connection with a civil lawsuit.  An order to show cause is pending in this matter, requiring Street to demonstrate why this court has jurisdiction over the matter.  Meanwhile, Street has sent a letter to the court, stating that he "will not be pursuing this issue in federal court at this time," and requesting that the court dismiss the matter without prejudice.

Accordingly, the court hereby DISMISSES WITHOUT PREJUDICE Street's complaint.

    IT IS SO ORDERED.

Dated:  May 28, 2014

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 28, 2014, by electronic and/or ordinary mail and also on Timothy Street #21212-057, Milan-Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 1000, Milan, MI 48160.

s/Barbara Radke
Deputy Clerk